BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SHANIKA BREWER,<br><br>   Defendant and Judgment Debtor, | Case No.: 2:14-MC-00135-TLN-CKD<br><br>**UNOPPOSED APPLICATION FOR FINAL ORDER OF GARNISHMENT; AND ORDER THEREON (RETIREMENT ACCOUNT)**<br><br>Criminal Case. No.: 2:14-CR-00025-MCE<br><br>[No Hearing Requested] |
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>   Garnishee. | |

  Plaintiff United States respectfully requests, pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedure Act of 1990, 28 U.S.C. §§ 3001, *et seq.* (the FDCPA), an order garnishing defendant Shanika Brewer's retirement account with the California Public Employees' Retirement System (CalPERS). Defendant does not oppose this garnishment proceeding.[1] The United States seeks this Order based on the following grounds:

  1. A judgment in criminal case number 2:14-CR-00025-MCE was filed against Defendant on August 20, 2014. CR ECF No. 26. The Judgment includes an order of restitution in the amount of

---

[1] See the attached declaration of Kurt A. Didier, filed and served concurrently herewith.

Application for Garnishment Order;
and Order

1

$1,248,770.32.

2. To collect on the unpaid restitution order, the United States filed an Application for Writ of Garnishment (Retirement Accounts) on November 12, 2014, against Defendant's CalPERS retirement account. Misc. ECF No. 3. The Clerk issued the writ of garnishment the same day. Misc. ECF No. 5.

3. The United States served CalPERS with the writ and its allied documents, including the garnishee's Acknowledgement of Service and Answer of Garnishee (the Answer) on November 12, 2014. Misc. ECF No. 4.

4. On November 13, 2014, the United States served Defendant and her spouse with copies of the writ. The service included notice of hearing rights to object to the garnishment, claim exemptions thereto and to object to the garnishee's Answer. Misc. ECF No. 7.

5. On November 25, 2014, garnishee CalPERS filed and served its Answer, identifying Defendant's retirement account with the State. Misc. ECF No. 9. The Answer states that Defendant maintains a CalPERS retirement account with an approximate value of $6,823.24 (subject to day-to-day financial market fluctuations). CalPERS served copies of its Answer on both the Defendant and her spouse on November 25, 2014. *Id*.

6. Defendant does not oppose this garnishment. Her spouse had twenty (20) days from the date he received the writ package to claim exemptions or request a hearing in opposition to this proceeding. 28 U.S.C. § 3202(d). He did not and that time has now expired. Defendant's spouse also had 20 days from the date CalPERS filed and served its Answer to object thereto and request a hearing. 28 U.S.C. § 3205(c)(5). He did not, and that time has also now lapsed.

7. All conditions to the issuance of a final order of garnishment are satisfied and, accordingly, the Court can and should order the garnishment of Defendant's entire CalPERS account to be made payable to the Clerk of the United States District Court for payment to Defendant's victims.

///
///
///
///

2

Application for Garnishment Order;
and Order

8. Upon the Clerk of the Court's receipt of payment, the United States further requests that the writ of garnishment be terminated pursuant to 28 U.S.C. § 3205(c)(10)(B).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: July 10, 2015         By:   */s/ Kurt A. Didier*
                                   KURT A. DIDIER
                                   Assistant United States Attorney

Application for Garnishment Order;
and Order

**O R D E R**

The Court, having reviewed the court files and the United States' Unopposed Application for a Final Order of Garnishment (the Application), and finding good cause therefrom, hereby GRANTS the Application.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Defendant Shanika Brewer's California Public Employees' Retirement System (CalPERS) retirement account is GARNISHED in its entirety (the Garnished Amount);

2. Garnishee CalPERS shall DELIVER, within fifteen (15) days of the date of this Order, a cashier's check or money order for the Garnished Amount and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  CalPERS shall also state the docket number (Case No.: 2:14-CR-00025-MCE) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment; and

3. This is a final order of garnishment; upon payment and processing of the Garnished Amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated:  July 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Application for Garnishment Order;
and Order